**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| | : | |
| LEONARD A. MURPHY | : | |
| | : | |
| DEBTOR | : | NO. 18-17845 (ELF) |

**CERTIFICATION OF NO RESPONSE**

    I, David B. Spitofsky, Esquire, counsel for debtor, hereby certify that of this 16th day of December 2018, there has been no response or answer regarding Debtor's Motion to Extend Automatic Stay Under Section 362(c)(3)(B) of the Bankruptcy Code pursuant to the Notice of Motion, Response Deadline and Hearing Date, dated and served November 30, 2018. It is respectfully requested that said Motion to Extend Automatic Stay Under Section 362(c)(3)(B) of the Bankruptcy Code be presented to the Honorable Eric L. Frank as UNCONTESTED.

    I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 16, 2018

                        /s/ David B. Spitofsky
                        David B. Spitofsky, Esquire
                        516 Swede Street
                        Norristown, PA 19401
                        Phone No.: (610) 272-4555
                        Fax No.: (610) 272-2961
                        Email: spitofskylaw@verizon.net