United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-17845-elf
Leonard A. Murphy                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Dec 19, 2018
                              Form ID: pdf900          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
```
db             +Leonard A. Murphy,    6341 Chester Avenue,     Philadelphia, PA 19142-1421
14237216       +Aaron's Sales & Lease Ownership,    1015 Cobb Place Boulevard,     Kennesaw, GA 30144-3672
14237217       +Asset Recovery Solutions, LLC,    2200 E. Devon Avenue,    Suite 200,
                 Des Plaines, IL 60018-4501
14237218      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
14237219       +Blatt, Hasenmiller, et al.,    1835 Market Street,    Suite 501,    Philadelphia, PA 19103-2933
14237220        Comcast Cable,    P.O. Box 3005,   Southeastern, PA 19398-3005
14237221       +Convergent Outsourcing, Inc.,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
14237223        Dynamic Recovery Solutions,    P.O. Box 25759,    Greenville, SC 29616-0759
14237225        First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
14237226        I.C. Systems Collections,    P.O. Box 64378,    Saint Paul, MN 55164-0378
14237227       +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14237228       +Locker Room Storage,    2001 W. Erie Avenue,    Philadelphia, PA 19140-3928
14245273       +M&T Bank,   c/o Kevin G. McDonald, Esquire,     KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14237231       +MRS BPO, L.L.C.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14237232       +PA Child Support Enforcement,    34 S. 11th Street,    Philadelphia, PA 19107-3623
14237233       +Paprina Hughey,    322 Bayard Road,    Upper Darby, PA 19082-4715
14237236       +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
14237237        Progressive Insurance Company,    P.O. Box 7247-0311,    Philadelphia, PA 19170-0311
14237241      ++T MOBILE,   C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,     P.O. Box 742596,   Cincinnati, OH 45274-2596)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:29      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2018 02:45:11      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14237222       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 20 2018 02:45:36
                 Credit Collection Sevices,    P.O. Box 607,   Norwood, MA 02062-0607
14237224       +E-mail/Text: bknotice@ercbpo.com Dec 20 2018 02:45:03      Enhanced Recovery Corporation,
                 P.O. Box 57547,    Jacksonville, FL 32241-7547
14237215       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 20 2018 02:45:00      Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
14237229        E-mail/Text: camanagement@mtb.com Dec 20 2018 02:44:39      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
14237230       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2018 02:44:59      Midland Funding, LLC,
                 2365 Northside Drive,    Suite 300,   San Diego, CA 92108-2709
14237234       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 20 2018 02:44:38      PECO Energy Company,
                 N3-2, Accounts Receivable Grp,    2301 Market Street,   Philadelphia, PA 19103-1338
14237235        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 02:44:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0496
14237238        E-mail/Text: bmg.bankruptcy@centurylink.com Dec 20 2018 02:45:04      Sprint,    P.O. Box 6419,
                 Carol Stream, IL 60197-6419
14237239       +E-mail/Text: bankruptcy@sw-credit.com Dec 20 2018 02:45:00      SW Credit Systems,
                 4120 International Parkway,    Suite 100,   Carrollton, TX 75007-1958
14237240       +E-mail/Text: bankruptcy@sccompanies.com Dec 20 2018 02:45:39      Swiss Colony,
                 1515 S. 21st Street,    Clinton, IA 52732-6676
14237241        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Dec 20 2018 02:50:15       T-Mobile,
                 P.O. Box 742596,    Cincinnati, OH 45274-2596
                                                                                              TOTAL: 13
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                  Date Rcvd: Dec 19, 2018
                              Form ID: pdf900            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
          DAVID B. SPITOFSKY    on behalf of Debtor Leonard A. Murphy spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                  TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| LEONARD A. MURPHY, | : | |
| Debtor | : | Bky. No.  18-17845 ELF |

## O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date: December 18, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**