**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **LEONARD A. MURPHY** | : | |
| | : | |
| DEBTOR | : | NO. 18-17845 (ELF) |

### ORDER APPROVING COUNSEL FEE

**AND     NOW**, this 3rd day of April, 2019, upon consideration of the Application of David B. Spitofsky, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

**ORDERED**      that the Application is **GRANTED**, that compensation in the amount of $4,000.00 is **ALLOWED** and that the Trustee shall pay the balance of $3,000.00,to Debtor's(s') counsel as an administrative expense to the extent provided for by the terms of Debtor's (s') confirmed chapter 13 plan.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**