United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-17845-elf
Leonard A. Murphy                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2               Date Rcvd: Jul 31, 2019
                              Form ID: pdf900          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
```
db            +Leonard A. Murphy,    6341 Chester Avenue,    Philadelphia, PA 19142-1421
14237216      +Aaron's Sales & Lease Ownership,    1015 Cobb Place Boulevard,    Kennesaw, GA 30144-3672
14237217      +Asset Recovery Solutions, LLC,    2200 E. Devon Avenue,    Suite 200,
               Des Plaines, IL 60018-4501
14237218     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
14237219      +Blatt, Hasenmiller, et al.,    1835 Market Street,    Suite 501,    Philadelphia, PA 19103-2933
14237221      +Convergent Outsourcing, Inc.,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
14255636      +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
               Norristown, PA 19401-4807
14237223       Dynamic Recovery Solutions,    P.O. Box 25759,    Greenville, SC 29616-0759
14237225       First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
14237226       I.C. Systems Collections,    P.O. Box 64378,    Saint Paul, MN 55164-0378
14237227      +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
               Philadelphia, PA 19106-1538
14237228      +Locker Room Storage,    2001 W. Erie Avenue,    Philadelphia, PA 19140-3928
14245273      +M&T Bank,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14237231      +MRS BPO, L.L.C.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14237232      +PA Child Support Enforcement,    34 S. 11th Street,    Philadelphia, PA 19107-3623
14237233      +Paprina Hughey,    322 Bayard Road,    Upper Darby, PA 19082-4715
14237236      +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
14237237       Progressive Insurance Company,    P.O. Box 7247-0311,    Philadelphia, PA 19170-0311
14318961      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
               Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 01 2019 03:27:44     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2019 03:27:38     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14237220       E-mail/Text: documentfiling@lciinc.com Aug 01 2019 03:26:53     Comcast Cable,    P.O. Box 3005,
               Southeastern, PA 19398-3005
14237222      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 01 2019 03:28:01
               Credit Collection Sevices,    P.O. Box 607,    Norwood, MA 02062-0607
14237224      +E-mail/Text: bknotice@ercbpo.com Aug 01 2019 03:27:29     Enhanced Recovery Corporation,
               P.O. Box 57547,    Jacksonville, FL 32241-7547
14237215      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 01 2019 03:27:26     Frederic J. Baker, Esquire,
               Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19106-4405
14251777       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2019 03:31:24     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14268202       E-mail/Text: camanagement@mtb.com Aug 01 2019 03:27:02     M & T Bank,    P.O. Box 840,
               Buffalo, NY 14240-840
14237229       E-mail/Text: camanagement@mtb.com Aug 01 2019 03:27:02     M&T Bank,    P.O. Box 1288,
               Buffalo, NY 14240-1288
14256874      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 01 2019 03:27:26     Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14237230      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 01 2019 03:27:26     Midland Funding, LLC,
               2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14237234      +E-mail/Text: bankruptcygroup@peco-energy.com Aug 01 2019 03:27:01     PECO Energy Company,
               N3-2, Accounts Receivable Grp,    2301 Market Street,    Philadelphia, PA 19103-1338
14237235       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2019 03:27:14
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0496
14248779      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 01 2019 03:27:33     Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14237238       E-mail/Text: bmg.bankruptcy@centurylink.com Aug 01 2019 03:27:31     Sprint,    P.O. Box 6419,
               Carol Stream, IL 60197-6419
14237239      +E-mail/Text: bankruptcy@sw-credit.com Aug 01 2019 03:27:28     SW Credit Systems,
               4120 International Parkway,    Suite 100,    Carrollton, TX 75007-1958
14237240      +E-mail/Text: bankruptcy@sccompanies.com Aug 01 2019 03:28:06     Swiss Colony,
               1515 S. 21st Street,    Clinton, IA 52732-6676
14237241       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Aug 01 2019 03:31:50     T-Mobile,
               P.O. Box 742596,    Cincinnati, OH 45274-2596
14321717      +E-mail/Text: megan.harper@phila.gov Aug 01 2019 03:27:44     Water Revenue Bureau,
               c/o Pamela Elchert Thurmond,    Tax & Revenue Unit,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA 19102-1613
                                                                                              TOTAL: 19
```

```
District/off: 0313-2          User: Randi              Page 2 of 2            Date Rcvd: Jul 31, 2019
                              Form ID: pdf900          Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA  17128-0946
14277596*         Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                   Harrisburg, Pa.  17128-0946
                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Leonard A. Murphy spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
LEONARD A MURPHY

Chapter 13

Debtor

Bankruptcy No. 18-17845-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: July 31, 2019**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DAVID B. SPITOFSKY ESQUIRE  
LAW OFFICES OF DAVID SPITOFSKY  
516 SWEDE ST  
NORRISTOWN, PA 19401-

Debtor:  
LEONARD A MURPHY

6341 CHESTER AVENUE

PHILADELPHIA, PA 19142